United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

CHRISTOPHER ALAN COBB,

          Plaintiff,

    v.

OFFICE OF ASSESSOR, COUNTY OF ALAMEDA,

          Defendant.

Case No.: C12-2569 JSC

**ORDER DISMISSING PLAINTIFF'S MOTION TO DISMISS AS MOOT (Dkt. No. 12)**

19
20
21
22
23
24
25
26
27
28

Plaintiff, proceeding pro se, filed this real estate action against the Office of Assessor in Alameda County, which the Court dismissed for failure to state a claim on June 11, 2012. (Dkt. No. 9.) The Court is now in receipt of Plaintiff's Motion to Dismiss this action filed on August 17, 2012, which states that "Plaintiff, UNDER SEAL, request [sic] that case #CV 12-04316 be dismiss [sic] due to procedural defects." (Dkt. No. 12.) The caption of the motion refers to Docket No. 12-2569. Plaintiff lists the party names as "Under Seal, Plaintiff" and "Under Seal, Defendant." (Id.) Nothing was previously filed under seal in this case, and it is unclear why Plaintiff states otherwise. Given the lack of party names and the two conflicting docket numbers, it is possible that Plaintiff meant to file this motion in another action. The Court cannot, however, identify a case in this district with Docket No. 12-04316. As such, the

1   Court assumes that Plaintiff's motion relates to Docket No. 12-2569 as listed in his heading.

2   Since this case was already dismissed, Plaintiff's motion is DENIED as moot.

3        **IT IS SO ORDERED.**

4

5   Dated:   August 20, 2012                    _____

6                                               JACQUELINE SCOTT CORLEY
                                                UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2